# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Merceline Maria Dupris, | ) | Case No. 1-17-cr-79 |
| Defendant. | ) | |

The court conduct an initial appearance and arraignment with the Defendant on April 17, 2017. (Doc. No. 9). The court also conducted a detention hearing with the Defendant on April 19, 2017, at which the parties and the court were in agreement that the Defendant shall be returned to tribal custody to serve the remainder of her tribal sentence. Accordingly, the court **ORDERS** the Marshall's Service return the Defendant to tribal custody. Once she has completed her tribal sentence and is returned to federal custody, the court will schedule another hearing to determine whether the Defendant should be released or detained pending trial.

**IT IS SO ORDERED.**

Dated this 19th day of April, 2017.

>  /s/ Charles S. Miller, Jr.
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court